**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

v.                                                    CRIM. NO. 16-412(JAG)

MIGUEL PACHECO-MEJIAS
  Defendant.

## MOTION REQUESTING COP HEARING

The undersigned counsel, representing MIGUEL PACHECO-MEJIAS, requests that he be permitted to change his plea to guilty during the hearing already scheduled for November 17, 2022. The parties have negotiated a Plea Agreement, which will be provided to the court prior to the scheduled hearing.

**WHEREFORE,** it is respectfully requested that Mr. Pacheco be permitted to change his plea on November 17, 2022.

**IT IS CERTIFIED** that this motion has been electronically filed and served on all parties of record.

RESPECTFULLY SUBMITTED, this 16th day of October, 2022.

  *s/Rachel Brill*
RACHEL BRILL
USDC No. 204803
Counsel for Miguel Pacheco-Mejias
263 Domenech Avenue
San Juan, PR 00918
Tel: (787) 753-6131
Fax: (787) 753-7053
Email: rabrill@gmail.com